# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                               Case No.: 1:23–cr–00409
                                                          Honorable Andrea R. Wood

Kevin Ware, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2024:

      MINUTE entry before the Honorable Andrea R. Wood as to Kevin Ware, Christopher Ware, Brandan Allen, Darrel Brooks, Leroy Presley, Ernest Rowlette: Telephonic status hearing held on 8/9/2024. For the reasons stated on the record, Defendant Kevin Ware's unopposed motion for extension of time to file pretrial motions [155] and Defendant Darrel Brooks' unopposed motion to continue motions deadline [156] are granted. All parties shall have until 9/23/2024 to file any pretrial motions. In Court status hearing set for 10/1/2024 at 11:00 AM in courtroom 2141. Without objection, time will be excluded through and including 10/1/2024 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.